IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

MARCOS ANTONIO GUIFARRO SANCHEZ,

       Petitioner,

v.                                  CIVIL ACTION NO. 3:26-cv-00361

TODD M. LYONS, *Acting Director,*
*United States Immigration and Customs Enforcement,*
MARKWAYNE MULLIN, *Secretary of Homeland Security,*
TODD BLANCHE, *Acting United States Attorney General,*
KENNETH BARNETT, *Supervisory Detention and Deportation Officer,*
*United States Immigration and Customs Enforcement,*
JOHN RIFE, *Field Office Director, Philadelphia Field Office,*
*United States Immigration and Customs Enforcement,*
CURTIS DIXON, *Superintendent, Southern Regional Jail;*
*in their official capacities*

       Respondents.

**CLERK'S ORDER**

For reasons appearing to the court, this action is hereby REASSIGNED from the docket of the Honorable Robert C. Chambers, United States District Judge, to the Honorable Thomas E. Johnston, United States District Judge.

Copies of this Order shall be forwarded by the Clerk to Judge Chambers, Judge Johnston, counsel of record, and any unrepresented party.

                    DATED: May 26, 2026

                    _____
                    RORY L. PERRY II, Clerk of Court