**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

MARCOS ANTONIO GUIFARRO SANCHEZ,

          Petitioner,

v.                                    CIVIL ACTION NO.   3:26-cv-00361

TODD M. LYONS, et al.,

          Respondents.

**ORDER TO SHOW CAUSE**

Upon consideration of Petitioner's Amended Verified Petition for a Writ of Habeas Corpus,

(ECF No. 7), **IT IS HEREBY ORDERED** that:

1. Respondents shall file a written response on the Order to Show Cause why the Petition for Writ of Habeas Corpus should not be granted by **Friday, May 29, 2026, at 5:00 P.M.**

2. Petitioner shall have an opportunity to file a reply by **Monday, June 1, 2026, at 12:00 P.M.**

3. This matter shall be heard by this Court on **Tuesday, June 2, 2026, at 2:30 P.M.**

4. Respondents shall not remove or facilitate the removal of Petitioner from the Southern District of West Virginia pending further order of the Court.  To the extent Petitioner has already been removed from this jurisdiction, Respondents shall not transport Petitioner to a geographically further location or remove Petitioner from the United States pending further order of the Court.

5. Respondents shall afford Petitioner the opportunity to confidentially consult with counsel so long as he remains in custody and shall facilitate future requests for phone calls by counsel within twenty-four (24) hours of counsel's requests.

6. Upon receipt of this Order, Respondents shall promptly ensure that all of Petitioner's property seized incident to detention is accounted for and that all such

property can be immediately made available to Petitioner in the event Petitioner is released. To the extent Petitioner's property has already been removed from this jurisdiction, Respondents shall take all necessary steps to ensure that said property can be immediately made available to Petitioner at the time of his release in the event Petitioner is released.

7. Service of this Order shall be made by Petitioner on the United States Attorney for the Southern District of West Virginia **FORTHWITH but no later than 5:00 P.M. on Wednesday, May 27, 2026,** and shall constitute good and sufficient service on the federal defendants.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:  May 27, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE

2