**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

MARCOS ANTONIO GUIFARRO SANCHEZ,

Petitioner,

v. CIVIL ACTION NO. 3:26-cv-00361

TODD M. LYONS, et al.,

Respondents.

**ORDER**

On June 1, 2026, this Court granted the Petitioner's Amended Verified Petition for Writ of Habeas Corpus. (*See* ECF No. 13.) Accordingly, the Government's pending Motion to Dismiss, (*see* ECF No. 11), is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 4, 2026

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE